IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    *Petitioner*,

v.                                                     Case No.: 1:25cv148-MW/MAF

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Rather than file objections to the report recommending dismissal of his amended petition as duplicative, Petitioner has filed a second amended petition without leave of court. Petitioner's second amended petition is unauthorized, and this Court will not consider it. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 4, is **DISMISSED without prejudice** as duplicative." A certificate of appealability is **DENIED**. Petitioner's

motion for leave to proceed *in forma pauperis*, ECF No. 11, is **DENIED**. The Clerk shall close the file.

**SO ORDERED on September 17, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**